UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CATHERINE L. WISSENBACK,

Plaintiff,

v.

OREGON JV LLC, et. al.,

Defendants.

No. 2:24-cv-02047-DJC-JDP

ORDER TO SHOW CAUSE

Pursuant to Local Rule 230(b), argument for Defendant Christopher Peterman's Motion to Dismiss was noticed for 1:30 pm on January 23, 2025.  (ECF No. 5.) Argument was listed on Calendar and both attorneys were provided notice of the date and time.  *See* Local Rule 230(a).  Defendant's counsel, Jason Sommer, was present and in court for the hearing.  However, Plaintiff's counsel, John Latini, failed to appear.

Accordingly, IT IS HEREBY ORDERED:

1.  Plaintiff must show cause in writing, within seven days, as to why this Court should not issue sanctions for failure to appear, or in the alternative assess costs against Plaintiff borne by counsel for the Defendant regarding his attendance at  the scheduled hearing.  *See* Local Rule 230(i).

2. If counsel for Defendant requests that the Court assess said costs he must file an affidavit setting forth the costs associated with his attendance at the scheduled hearing within seven days. Plaintiffs may file a response within seven days thereafter.

3. Defendant's Motion to Dismiss is submitted without oral argument pursuant to Local Rule 230(g).  If the Court subsequently concludes that oral argument is necessary, a hearing will be set and the parties notified accordingly.

IT IS SO ORDERED.

Dated:   **January 24, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE