UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE L. WISSENBACK,<br><br>Plaintiff,<br><br>v.<br><br>OREGON JV LLC, et al.,<br><br>Defendants. | No. 2:24-cv-02047-DJC-JDP<br><br>ORDER TO SHOW CAUSE |

On January 22, 2025, the Court issued an Order to Show Cause as to why Defendants Advanced Investment Corp., Shea Cambridge, Dave Duncan, Oregon JV LLC, Jeremy Parmenter, Deborah Russi, Joseph Russi, Menachem Sibler, Daniel P. Van Acker, and Austin L. Walker should not be dismissed without prejudice following Plaintiff's failure to timely serve Defendants (ECF No. 14). On February 7, 2025, the Court granted Plaintiff an additional sixty (60) days to effectuate proper service on all Defendants and file proof of service with the Court (ECF No. 20). Plaintiff filed proof of service with the Court as to Defendants Dave Duncan, Joseph Russi, Shea Cambridge, and Oregon JV LLC (ECF Nos. 24, 25, 26, 27) and voluntarily dismissed Defendants Advanced Investment Corp., Austin L. Walker, and Menachem Sibler (ECF Nos. 28, 29, 31). On May 5, 2025, the Court issued another Order to Show Cause because Plaintiff

1

failed to advise the Court as to whether Defendants Deborah Russi and Jeremy Parmenter were properly served, and did not request additional time to do so (ECF No. 33).

Additionally, the Court granted Defendant Christopher Peterman's Motion to Dismiss with leave to amend (ECF No. 23), and to date, Plaintiff has not filed a second amended complaint, nor requested additional time to do so (ECF No. 33). In response to the May 5, 2025, Order to Show Cause, Plaintiff voluntarily dismissed Defendants Deborah Russi and Jeremy Parmenter (ECF Nos. 34, 35) but made no mention of Defendant Christopher Peterman. As such, on June 13, 2025, the Court dismissed Plaintiff's claims against Defendant Christopher Peterman (ECF No. 37). To date, none of the properly served Defendants have appeared in the matter, and Plaintiff has failed to (1) file a second amended complaint, or request additional time to do so, and/or (2) follow the procedure outlined for default in the Federal Rules of Civil Procedure. Additionally, to date, Plaintiff has not addressed Defendant Daniel Van Acker's status.

Given Plaintiff's repeated failure to pursue her causes of action, Plaintiff is hereby ORDERED TO SHOW CAUSE in writing, within seven (7) days, as to why the case should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:  July 28, 2025                                  /s/ Daniel J. Calabretta
                                                                     THE HONORABLE DANIEL J. CALABRETTA
                                                                     UNITED STATES DISTRICT JUDGE